# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-493-MOC-DCK

| | |
|---|---|
| **CHERI MILLER,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| **CHARLOTTE-MECKLENBURG SCHOOLS BOARD OF EDUCATION,** | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Supplement The Administrative Record" (Document No. 23) filed May 28, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Plaintiff and Defendant request that their written briefs submitted to the State Review Hearing Officer ("SHRO") be added to those documents currently in the administrative record before this Court. (Document No. 23) (citing Document No. 18).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Supplement The Administrative Record" (Document No. 23) is **GRANTED**. Document Nos. 23-1 and 23-2 shall be added to the Administrative Record.

**SO ORDERED**.

Signed: June 1, 2021

David C. Keesler
United States Magistrate Judge